**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**v.**                          **Case No.  4:12-cr-00306-17 KGB**

**ERIC CHRISTOPHER VIRES**                                                                                    **DEFENDANT**

## ORDER

The government has filed two motions in *limine* to exclude and admit certain evidence specific to defendant Eric Christopher Vires at the trial of this case that was scheduled for December 15, 2014 (Dkt. Nos. 728, 730).  Mr. Vires entered a guilty plea on December 15, 2014, and this case did not proceed to trial.  Accordingly, the Court denies the government's motions *in limine* as moot.

SO ORDERED this the 6th day of January, 2015.

_____
Kristine G. Baker
United States District Judge